### 45112. HARPER v. BALLENSINGER.

EBERHARDT, Judge. Our judgment in *Harper v. Ballensinger,* 121 Ga. App. 390 (174 SE2d 182) having been affirmed in part and reversed in part by the Supreme Court *(Harper v. Ballensinger,* 226 Ga. 828 (177 SE2d 693)), our judgment is hereby vacated and the judgment of the Supreme Court is adopted as the judgment of this court.

*The judgment of the trial court is reversed for the reason stated in the judgment of the Supreme Court. Jordan, P. J., and Pannell, J., concur.*

DECIDED NOVEMBER 16, 1970.

Smith, Cohen, Ringel, Kohler, Martin & Lowe, Ralph H. Hicks, for appellant.

Charles J. Driebe, Charles H. Hyatt, for appellee.